Robert S. Shenker
1501 SW 134th Way
10FD
Pembroke Pines, FL.
33027

James I. Cohn
United States District Judge
United States District Court
Southern District of Florida
Fort Lauderdale Division
299 E. Broward Blvd.
Ft. Lauderdale, FL. 33301

FILED BY _____ D.C.
2010 OCT 21 PM 4:02
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

Dear Judge Cohn,

I object to petition in case number 10-CV-61623, United States of America vs Robert S. Shenker. I have had great difficulty in finding my records, especially 1997, which the IRS claims they have since destroyed. I dispute the amounts the IRS claims I owe and kindly request a motion to enlarge time to 40 days after service date.

Thank you for your assistance in this matter.

Yours truly,

Robert S. Shenker